**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| ERIC D. FREED, an individual, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 12-cv-01477 |
| v. ) | |
| ) | Honorable Judge Gary Feinerman |
| JPMORGAN CHASE BANK, N.A., a ) | |
| national banking association, ) | Magistrate Judge Sheila M. Finnegan |
| ) | |
| Defendant. ) | |

## NOTICE OF APPEAL

Plaintiff, Eric D. Freed, appeals to the United States Circuit Court for Seventh Circuit Court of Appeals from the Order entered by the United States District Court (Dkt. No. 116) and explained in the District Court's Memorandum Opinion (Docket No. 117), in which the District Court granted the Motions for Abstention Pursuant to the *Colorado River* Doctrine filed by Defendant, JPMorgan Chase Bank, N.A. and by Third-Party Defendants, Complex Litigation Group LLC, Paul M. Weiss, and Jamie E. Weiss, entered in this captioned action on June 13, 2013.

Dated: June 18, 2013               Respectfully submitted,

                                   ERIC D. FREED

                                   *s/ David B. Goodman*
                                           One of His Attorneys

David B. Goodman (ARDC #6201242)
SHAW FISHMAN GLANTZ & TOWBIN LLC
321 North Clark Street, Suite 800
Chicago, Illinois 60654
(312) 541-0151

## CERTIFICATE OF SERVICE

I, David B. Goodman, an attorney, certify that on June 18, 2013, I electronically filed, on behalf of Plaintiff Eric D. Freed, the foregoing **NOTICE OF APPEAL**, with the Clerk of Court using the CM/ECF system, and that service of such filings was accomplished by U.S. Mail and CM/ECF notice to all attorneys of record.

*s/ David B. Goodman*

## CM/ECF Service List

The following is the list of attorneys who are currently on the list to receive e-mail notices for this case:

| | |
|---|---|
| Michael Renee Cedillos | cedillosm@gtlaw.com |
| Joseph L. Cohen | jcohen@shawfishman.com |
| Paul Joseph Ferak | ferakp@gtlaw.com |
| Paul Thaddeus Fox | foxp@gtlaw.com |
| David Benjamin Goodman | dgoodman@shawfishman.com |
| Jeffrey A. Leon | jeff@complexlitgroup.com |
| Debra Jeannine Tucker | dtucker@thetuckerfirm.com |
| Paul M. Weiss | paul@complexlitgroup.com |